# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3034
_____

FREDDIE ROOSEVELT TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

February 25, 2019

PER CURIAM.

AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Freddie Roosevelt Taylor, pro se, Appellant.

Ashley B. Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.